**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:26-cv-01013 |
| Plaintiff, | **ORDER FOR ADMISSION PRO HAC VICE** |
| v. | |
| POMDOCTOR, LTD., ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC., JOSEPH STONE CAPITAL, LLC, and MARCUM ASIA CPAS, LLP, | |
| Defendants. | |

The motion of Mollie E. Chadwick for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California, and that her contact information is as follows:

Applicant's Name: <u>Mollie E. Chadwick</u>

Firm Name: <u>Scott+Scott Attorneys at Law LLP</u>

Address: <u>600 W. Broadway, Suite 3300</u>

City / State / Zip: <u>San Diego, CA 92101</u>

Telephone/ Fax: <u>(619) 233-4565 / (619) 233-0508</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Julianne Louie in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:  February 23, 2026

_____

HON. RONNIE ABRAMS
United States District Judge