## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POMDOCTOR, LTD., ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC., JOSEPH STONE CAPITAL, LLC, and MARCUM ASIA CPAS, LLP,<br><br>Defendants. | Case No. 1:26-cv-01013-RA-SDA<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

### NOTICE OF MOTION BY BRANDI MCKINNEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

**TO:    THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brandi McKinney ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Scott+Scott Attorneys at Law LLP and Morris Kandinov LLP as Co-Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of John T. Jasnoch in support thereof, including Exhibits A-E, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED: April 13, 2026                                  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*
John T. Jasnoch (*pro hac vice*)
Mollie Chadwick (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com
mchadwick@scott-scott.com

Sean T. Masson
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
smasson@scott-scott.com

1

**MORRIS KANDINOV LLP**
Aaron T. Morris
Andrew W. Robertson
305 Broadway, 7th Floor
New York, NY 10007
Tel. (212) 431-7473
aaron@moka.law
andrew@moka.law

*Co-Counsel for Lead Plaintiff Movant Brandi McKinney and Proposed Co-Lead Counsel for the Class*

**GRADYLAW**
Tom Grady (*pro hac vice* forthcoming)
720 Fifth Avenue South, Suite 200
Naples, Florida 34102
tgrady@gradylaw.com

*Additional Counsel for Lead Plaintiff Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ John T. Jasnoch
John T. Jasnoch

3