**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POMDOCTOR, LTD., ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC., JOSEPH STONE CAPITAL, LLC, and MARCUM ASIA CPAS, LLP,<br><br>Defendants. | CASE No. 1:26-cv-01013-RA-SDA<br><br>**NOTICE OF MOTION AND MOTION OF LAWRENCE ALKANO TO (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Lawrence Alkano ("Movant") hereby moves this Court, the Honorable Stewart D. Aaron, for an order:

      (a)     appointing Movant to serve as Lead Plaintiff in this action; and

      (b)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

1

In support of this Motion, Movant submits: (i) the Memorandum of Law dated April 13, 2026 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: April 13, 2026                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/Phillip Kim
                                         Phillip Kim, Esq.
                                         Laurence M. Rosen, Esq.
                                         275 Madison Avenue, 40th Floor
                                         New York, New York 10016
                                         Telephone: (212) 686-1060
                                         Fax: (212) 202-3827
                                         Email: philkim@rosenlegal.com
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Lead Plaintiff and Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim
Phillip Kim