# EXHIBIT 3

**PomDoctor Ltd.**
**Class Period: October 9, 2025 through December 11, 2025**

| Name | Date Purchased | ADSs | Price per ADS | Total | Date Sold | ADS | Price per ADS | Total | ADSs Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $0.28 |
| Lawrence Alkano Account 1 | 11/4/2025 | 20,000 | ($5.85) | ($117,000.00) | 11/5/2025 | 20,000 | $6.08 | $121,600.00 | 0 | $0.00 | $4,600.00 | |
| | | | | | | | | | | | | |
| Account 2 | 10/21/2025 | 4,000 | ($4.18) | ($16,720.00) | 10/22/2025 | 4,000 | $4.40 | $17,600.00 | | | | |
| | 11/4/2025 | 20,000 | ($5.71) | ($114,200.00) | 11/5/2025 | 10,000 | $6.08 | $60,800.00 | | | | |
| | 11/4/2025 | 3,090 | ($5.71) | ($17,643.90) | 11/5/2025 | 20,000 | $6.00 | $120,000.00 | | | | |
| | 11/4/2025 | 16,210 | ($5.86) | ($94,990.60) | 11/5/2025 | 20,000 | $6.09 | $121,800.00 | | | | |
| | 11/4/2025 | 700 | ($5.85) | ($4,095.00) | | | | | | | | |
| | 11/4/2025 | 1,500 | ($5.85) | ($8,773.50) | | | | | | | | |
| | 11/4/2025 | 18,500 | ($5.85) | ($108,225.00) | | | | | | | | |
| | 11/4/2025 | 40,000 | ($5.88) | ($235,200.00) | | | | | | | | |
| | | 104,000 | | ($599,848.00) | | 54,000 | | $320,200.00 | 50,000 | $14,165.00 | ($265,483.00) | |
| | | | | | | | | | | | | |
| **Total** | | **124,000** | | **($716,848.00)** | | **74,000** | | **$441,800.00** | **50,000** | **$14,165.00** | **($260,883.00)** | |