## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POMDOCTOR, LTD., ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC., JOSEPH STONE CAPITAL, LLC, and MARCUM ASIA CPAS, LLP,<br><br>Defendants. | Civil Action No. 1:26-cv-01013-RA-SDA<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL |

## DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MOTION BY BRANDI MCKINNEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL

I, John T. Jasnoch, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.    I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), co-counsel for Plaintiff and Lead Plaintiff movant Brandi McKinney ("Movant"), and proposed Co-Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Scott+Scott and Morris Kandinov LLP as Co-Lead Counsel for the Class.

3.    Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:    Corrected notice published February 10, 2026 via *Business Wire* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Movant's PSLRA Certification;

Exhibit D:    Scott+Scott's firm résumé; and

Exhibit E:    Morris Kandinov LLP's firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 13th day of April, 2026.

*/s/ John T. Jasnoch*
John T. Jasnoch

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 */s/ John T. Jasnoch*
John T. Jasnoch

2