# EXHIBIT A





**Feb 10, 2026 2:46 PM Eastern Standard Time**

# CORRECTING and REPLACING Scott+Scott Attorneys at Law LLP Files Securities Class Action Against PomDoctor, Ltd. (NASDAQ: POM)

**Share**       · · ·

CORRECTION...by Scott+Scott Attorneys at Law LLP

NEW YORK--(BUSINESS WIRE)--The lead plaintiff deadline throughout the release dated February 6, 2026, should read April 13, 2026 (instead of April 6, 2026).

> *Scott+Scott Attorneys at Law LLP is investigating the sudden collapse of PomDoctor's stock in December 2025, following a dramatic yet illusory run-up orchestrated by a fraudulent stock promotion scheme.*
>
>  **Share**

The updated release reads:

### SCOTT+SCOTT ATTORNEYS AT LAW LLP FILES SECURITIES CLASS ACTION AGAINST POMDOCTOR, LTD. (NASDAQ: POM)

Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international securities and consumer rights litigation firm, today announced that it has filed a class action lawsuit against Defendants PomDoctor Ltd., Zhenyang Shi, Li Xu, Cogency Global, Joseph Stone Capital, LLC, and Marcum Asia CPAs, LLP (collectively, the "Defendants"). The action, which was filed in the U.S. District Court for the Southern District of New York and captioned *Louie v. PomDoctor Ltd. et al.*, Case No. 1:26-cv-01013, asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934

(the "Exchange Act") on behalf of a class consisting of all persons and entities, other than Defendants and their affiliates, who purchased PomDoctor Securities ("POM") between October 9, 2025, and December 11, 2025, inclusive (the "Class Period"), and who were damaged thereby. The lead plaintiff deadline in this action is April 13, 2026.

### LEAD PLAINTIFF DEADLINE ON APRIL 13, 2026

PomDoctor claims to be "a leading online medical services platform for chronic diseases in China." Specifically, the company states that Frost & Sullivan "ranked [them] sixth in China's internet hospital market" having achieved this by "develop[ing] a comprehensive platform that connects users with various healthcare providers, delivers cost-effective and customized healthcare solutions, and have cultivated a vibrant ecosystem around it." The company is headquartered in China.

The complaint alleges that Defendants violated provisions of the Securities Act by making materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and the true nature of the trading activity in its securities. The complaint alleges that Defendants were uniquely situated to orchestrate a pump-and-dump scheme on its class A ordinary shares. After plaintiffs and class members purchased POM, the complaint alleges that PomDoctor's stock became the subject of an illicit social-media-based promotion scheme that artificially inflated its price. These reports detail how impersonators claiming to be legitimate financial advisors touted PomDoctor in online forums, chat groups, and through social media posts with sensational but baseless claims to create a buying frenzy among retail investors.

### LEAD PLAINTIFF DEADLINE ON APRIL 13, 2026

If you purchased PomDoctor Securities between October 9, 2025, and December 11, 2025, inclusive, and have suffered significant losses, realized or unrealized, you are encouraged to contact Scott+Scott attorney Mollie Chadwick at (619) 233-4565, or via email at mchadwick@scott-scott.com, for more information.

The lead plaintiff deadline in this action is April 13, 2026. **If you wish to serve as lead plaintiff, you must move the Court no later than April 13, 2026**. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiffs' counsel, Mollie Chadwick at (619) 233-4565, or via email at mchadwick@scott-scott.com.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott is an international law firm known for its expertise in representing corporate clients, institutional investors, businesses, and individuals harmed by anticompetitive conduct or other forms of wrongdoing, including securities law and shareholder violations.

With 150 attorneys plus supporting staff in eight offices in the United States as well as one office in Canada and three in Europe, our advocacy has resulted in significant monetary settlements on behalf of our clients, along with other forms of relief.

Our attorneys have been recognized across legal publications, including by Lawdragon for being among the 500 Top Financial Lawyers and the 500 Leading Global Antitrust & Competition Lawyers. In addition, we have received top rankings by WWL: Commercial Litigation, Legal 500 in Antitrust as well as Securities Litigation, Chambers, and Best Lawyers®. Our attorneys have been repeatedly recognized by the American Antitrust Institute for the successful litigation of high-stakes anticompetitive claims in the United States.

To learn more about Scott+Scott, our attorneys, or complex case resolution, please visit www.scott-scott.com.

## Contacts

**Mollie Chadwick**

**Scott+Scott Attorneys at Law LLP**

**600 W. Broadway, Suite 3300, San Diego, CA 92101**

**(619) 233-4565**

mchadwick@scott-scott.com

**Industry:**          Class Action Lawsuit     Professional Services     Legal