# EXHIBIT D



# FIRM RESUME

www.scott-scott.com

Scott+Scott specializes in the investigation and prosecution of complex actions across the globe—recovering billions for its clients.  The Firm has extensive experience litigating securities fraud, antitrust, consumer and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional, and multinational clients in the United States, United Kingdom, and European courts, offering a one-stop shop for international recoupment.

# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997.  The Firm has since grown into one of the most respected U.S.-based law firms specializing in the investigation and prosecution of complex securities, antitrust and other commercial actions in both the United States and Europe.  Today, the Firm is comprised of more than 200 team members, including more than 140 attorneys supported by a seasoned staff of paralegals, IT and document management professionals, financial analysts, and in-house investigators.

Scott+Scott's largest offices are in New York, N.Y. and San Diego, C.A., with additional U.S. offices located in Connecticut, Delaware, Nebraska, Ohio, Texas, and Virginia.  The Firm's European offices are currently located in London, Amsterdam, and Berlin and the Firm's Canadian office is located in Montreal.

Scott+Scott has extensive experience litigating cases on behalf of our institutional and individual clients throughout the United States, having served as court-appointed lead or co-lead counsel in numerous securities, antitrust, and consumer class actions, as well derivative and other complex proceedings, in both state and federal courts.  The Firm also represents large investors and numerous corporations in commercial and other litigation in courts within the European Union (EU) and the United Kingdom.

Scott+Scott's attorneys are recognized experts and leaders in complex litigation and corporate governance.  They have been regular speakers on CLE panels as well as at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments.  Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives.  The Firm's vast experience in structured debt financial litigation has also enabled us to provide clients with in-depth monitoring of their structured finance products, which often come with substantial undisclosed risks due to investors' limited ability to assess what they are acquiring.  The Firm also has experience evaluating and monitoring for our clients' debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives.



# SECURITIES AND CORPORATE GOVERNANCE

Scott+Scott has extensive experience litigating claims for violations of the federal securities laws on behalf of our municipal, institutional, and individual investor clients, serving as lead counsel in numerous securities class actions brought under the Securities Act of 1933, the Securities Exchange Act of 1934, and other statutes.

Scott+Scott recognizes that, particularly since the passage of the Private Securities Litigation Reform Act of 1995, bringing successful claims for violations of the federal securities laws requires not only significant litigation experience, but also the ability to bring to bear the skills of its in-house investigators and financial analysts (and often outside consultants) to build a case that can survive both early-stage motions to dismiss and later-stage motions for summary judgment.  Our philosophy is also based on our view that efforts to negotiate a successful settlement are typically built on the quality of pre-filing investigation diligence, and our willingness to litigate deep into discovery and, if necessary, through summary judgment and trial.

Our securities litigators have experience practicing in state and federal courts across the country. The Firm's attorneys have regularly retained and worked with leading accounting experts, damages experts, and relevant industry experts to build their clients' cases against defendants involved in virtually every type of industry, from pharmaceuticals to dot.coms, from retailers to manufacturers, and from investment banks to accounting firms.  The Firm has also submitted *amicus curiae* briefs to the United States Supreme Court on behalf of its clients on important securities laws issues, including in support of the plaintiffs in *California Public Emps.' Ret. Sys. ANZ Securities, Inc.*, 137 S. Ct. 2042 (2017) and *Cyan Inc. v. Beaver County Emp. Ret. Fund*, 138 S. Ct. 1061 (2018).

When appropriate, Scott+Scott prosecutes actions on a class or individual basis.  Through our commitment to the best interests of those the Firm represents, Scott+Scott has successfully obtained exceptional monetary results and precedent-setting corporate governance reforms on behalf of investors.

# SECURITIES CASE EXAMPLES

**Securities class actions where Scott+Scott currently serves as lead or co-lead counsel include**:

• *Severt v. UiPath, Inc*., No. 1:23-cv-07908 (S.D.N.Y.);

• *In re Yatsen Holding Limited Sec. Litig.*, No. 1:22-cv-08165 (S.D.N.Y.);

• *City of Southfield Fire and Police Retirement System v. Hayward Holdings, Inc.*, No. 2:23-cv-04146 (D.N.J.);

• *Eric White v. Brooge Energy Limited*, No. 2:24-cv-00959 (C.D. Cal.);

• *Marselis v. Fox Factory Holding Corp.*, No. 1:24-cv-00747 (N.D. Ga);

• *In re SentinelOne, Inc. Sec. Litig.*, No. 4:23-cv-02786 (N.D. Cal.);

• *Sundaram v. Freshworks, Inc.*, No. 3:22-cv-06750 (N.D. Cal.);

• *Strezsak v. Ardelyx Inc.*, No. 4:21-cv-05868 (N.D. Cal.);

• *Golubowski v. Robinhood Mkts.*, No. 3:21-cv-09767 (N.D. Cal.);

• *In re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949 (N.D. Cal.);

• *City of Birmingham Relief and Ret. Sys. v. Acadia Pharms. Inc.*, No. 3:21-cv-00762 (S.D. Cal.);

• *Frouws v. Edgio, Inc.*, No. 2:23-cv-00691 & No. 2:23-cv-01170 (D. Ariz.);

• *In re Infinity Q Divers. Alpha Fund Sec. Lit.*, No. 651295/2021 (N.Y. Supr. Ct. N.Y. Cnty.);

• *Patel v. Viatris, Inc.*, No. GD-21-13314 (Pa. Ct. Com. Pl.);

• *In re Cloudera, Inc. Secs. Litig.*, No. 19CV348674 (Cal. Super. Ct. Santa Clara Cnty.);

• *In re Slack Techs., Inc. S'holder Litig.*, No. 19CIV05370 (Cal. Super. Ct. San Mateo Cnty.);

• *Mancour v. SmileDirectClub, Inc.*, No.: 19-1169-IV (Tenn. Chancery Ct., Davidson Cnty.);

• *Rondini v. Kyverna Therapeutics, Inc.*, No.: 24-cv-08869 (N.D. Cal.);

• *Giraudon v. Innovative Industrial Properties, Inc.*, No. 1:25-cv-00182 (D. MD.);

• *Jewik v. TransMedics Group, Inc.*, No. 1:25-cv-10385 (D. Mass.);

• *In re Actinium Pharmaceuticals, Inc. Sec. Litig.*, No. 1:25-cv-02553 (S.D.N.Y.); and

• *Tcherkezian v. Ibotta, Inc.*, No. 1:25-cv-01213 (D. Col.).

**Securities class actions which have been resolved where Scott+Scott served as lead or co-lead counsel include:**

• *Alaska Elec. Pension Fund v. Pharmacia Corp.*, No. 03-cv-01519 (D.N.J.) ($164 million settlement);

• *Thurber v. Pharmacia, Inc.*, No. 2:99-cv-10368 (C.D. Cal.) ($122 million);

• *In re LendingClub Corp.S'holder Litig.,* No. CIV 537300 (Cal. Super. Ct, San Mateo Cnty.) (part of $125 global settlement);

• *In re Micro Focus Int'l plc Sec. Litig.*, Lead Case No. 18CIV01549 (CA Super. Ct. San Mateo Cnty.) ($107.5 million settlement);

• *Okla. Firefighters Pens. vs. Newell Brands Inc*., No. L-003492-18 (N.J. Sup. Ct. Hudson Cnty.) ($102.5 million settlement);

• *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884 (D. Conn.) ($80 million settlement);

• *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.) ($75 million settlement);

• *Cornwell v. Credit Suisse Grp.*, No. 08-cv-03758 (S.D.N.Y.) ($70 million settlement);

• *Policemen's Annuity & Benefit Fund of Chi. v. Bank of Am., N.A.*, No. 12-cv-02865 (S.D.N.Y.) ($69 million settlement);

• *In re Nw. Corp. Sec. Litig.*, No. 4:03-cv-04049 (D.S.D.) ($61 million);

• *In re SanDisk LLC Sec. Litig.*, No. 15-cv-01455 (N.D. Cal.) ($50 million settlement);

• *In re Sprint Sec. Litig.*, No. 00-230077 (Mo. Cir. Ct., Jackson Cnty.) ($50 million);

• *In re Emulex Corp. Sec. Litig.*, No. 8:01-cv-00219 (C.D. Cal.) ($39 million);

• *Weston v. RCS Cap. Corp.*, No. 14-cv-10136 (S.D.N.Y.) ($31 million settlement);

• *In re Greensky Sec. Litig.,* No. 1:18 Civ. 11071 (S.D.N.Y.) ($27.5M settlement);

• *Schnall v. Annuity & Life Re (Holdings) Ltd.*, No. 3:02-cv-02133 (D. Conn.) ($27 million);

• *In re Wash. Mut. Mortg.-Backed Sec. Litig.*, No. 2:09-cv-00037 (W.D. Wash.) ($26 million recovery);

• *ATRS v Insulet Corp*., No. 15-12345 (D. Mass.) ($19.5 million settlement);

• *In re King Digit. Ent. PLC S'holder Litig.*, No. CGC-15-544770 (Cal. Sup. Ct. San Francisco Cnty.) ($18.5 million settlement);

• *In re Evoqua Water Corp. Sec. Litig.*, No. 1:18-cv-10320 (S.D.N.Y) ($16.65 million settlement);

• *In re Conn's, Inc. Secs. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement);

• *In re DouYu Int'l Hold'gs Ltd. Sec. Litig.*, No. 651703/2020 (N.Y. Supr. Ct. N.Y. Cnty.) ($15 million settlement);

• *Abadilla v. Precigen, Inc*., No. 5:20-cv-06936 (N.D. Cal.) ($13 million settlement);

• *Collins v. Oilsands Quest Inc.*, No. 11 Civ. 1288 (S.D.N.Y.) ($10.235 million settlement);

• *Kaplan v. S.A.C. Cap. Advisors, L.P.*, No. 1:12cv-9350 (S.D.N.Y.) ($10 million settlement);

• *Rosenberg v. Cliffs Natural Res. Inc.*, No. CV 14 828140 (Ct. Common Pleas Cuyahoga Cnty. Ohio) ($10 million settlement);

• *Erie Cnty. Emp. Ret. Sys. v. NN, Inc*., No. 656462/2019 (N.Y. Supr. Ct., N.Y. Cnty.) ($9.5 million settlement);

• *In re Endochoice Holdings, Inc., Sec. Litig.*, No. 2016 CV 277772 (Ga. Sup. Ct. Fulton Cnty) ($8.5 million settlement);

• *Okla. Police Pension Fund & Ret. Sys. v. Jagged Peak Energy, Inc*., No. 2017 CV 31757 (Colo. Dist. Ct., Denver Cnty.) ($8.25 million settlement);

• *In re Netshoes Secs. Litig.*, No. 157435/2018 (N.Y. Sup. Ct. N.Y. Cnty.) ($8 million settlement);

• *City of Omaha Police & Fire Ret. Sys. v. LHC Grp, Inc.*, No. 6:12-CV-01609 (W.D. La.) ($7.85 million settlement);

• *In re Pac. Coast Oil Trust Secs. Litig.*, No. BC550418 (Cal. Sup. Ct. Los Angeles Cnty.) ($7.6 million settlement);

• *In re Pacific Biosci. of C.A., Inc. Sec. Litig.* (Cal. Sup. Ct. San Mateo Cnty.) ($7.6 million recovery);

• *Plymouth Cnty. Contributory Ret. Sys. v. Adamas Pharms., Inc.*, No. RG19018715 (Cal. Sup. Ct. Alameda Cnty.) ($7.5M settlement);

• *St. Lucie Cnty. Fire Dist. Firefighters' Pens. Trust v. Southwestern Energy Co.*, No. 2016-70651 (Tex. Dist. Ct. Harris Cnty.) ($7 million settlement);

• *Jochims v. Oatly Group AB*, No. 1:21-cv-06360 (S.D.N.Y.);

• *Pompano Beach Police and Firefighters Ret. Sys. v. Olo Inc.*, No. 1:22-cv-08228 (S.D.N.Y.); and

• *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc.*, No. 1:19-cv-03354 (S.D.N.Y.) ($6 million settlement).

# SHAREHOLDER DERIVATIVE CASE EXAMPLES

**Shareholder derivative actions where Scott+Scott currently serves in a sole or leadership role include**:

• *In re The Boeing Co. Derivative Litig.*, Consol. C.A. No. 2024-1210-MTZ (Del. Ch.);

• *Okla. Firefighters Pension and Ret. Sys. v. Calhoun*, No. 1:24-cv-01200 (E.D. Va.);

• *In re Abbott Labs Infant Formula S'holder Derivative Litig.*, No. 1:22-cv-05513 (N.D. Ill.);

• *Omaha Police & Firefighters Ret. Sys. v. deSouza*. C.A. No. 2024-0172-PAF (Del. Ch.)

• *Iron Workers Local No. 55 Pension Fund v. Rapino*, 2:25-cv-05538-KK-ASx (C.D. Cal.);

• *In re Upstart Holdings, Inc. Derivative Litig.*, Consol C.A. No. 2023-0401-BWD (Del. Ch.);

• *Presura v. Casey*, Consol. C.A. Nos. 2023-0708-NAC, 2024-0308-NAC (Del. Ch.);

• *Trimm v. Schultz*, No. 23-2-12444-8 (Wash. Sup. Ct., Kings County);

• *Lindsey v. Immelt*, Index No. 2020/19718 (N.Y. Sup. Ct.); and

• *In re Exelon Corp. Derivative Litig.*, No. 1:21-cv-03611 (N.D. Ill.).

**Representative shareholder derivative actions litigated by Scott+Scott which have been successfully resolved include**:

• *In re Alphabet, Inc., S'holder Derivative Litig.*, No. 3:21-cv-09388-RS (N.D. Cal.) ($500 million in funding for an overhaul of the company's corporate compliance and risk management programs);

• *In re Facebook Derivative Litig.*, Consol. C.A. No. 2018-0307 (Del. Ch.) ($190 million cash recovery and corporate reforms concerning an internal whistleblower program, director conflicts of interest, and insider trading policies);

• *Irving Firemen's Relief & Ret. Fund v. Page*, C.A. No. 2019-0355-Sg (Del. Ch.) ($310 million in funding for corporate governance reform programs over 10 years);

• *In re DaVita Healthcare Partners Derivative Litig.*, No. 13-cv-01308 (D. Colo.) (corporate governance reforms valued at $100 million);

• *Buffalo Grove Police Pension Fund v. Diefenderfer*, No. 19-cv-00062 (E.D. Pa.) (claims vs. Navient Corp. officers & directors settled for corporate governance reforms valued at $139 million);

• *Tharp v. Acacia Commc'ns, Inc.*, No 1:17-cv-11504 (D. Mass.) (claims vs. company and corporate officers & directors settled for corporate governance reforms valued at $57-$71 million);

• *N. Miami Beach Gen. Emps. Ret. Fund v. Parkinson*, No. 10-cv-06514 (N.D. Ill.) (corporate governance reforms valued between $50 and $60 million);

• *In re Marvell Tech. Grp. Ltd. Derivative Litig.*, No. 06-cv-03894 (N.D. Cal.) ($54.9 million settlement and corporate governance reforms);

•*Rudi v. Wexner*, No. 2:20-cv-3068 (S.D. Ohio) ($90 million in funding for corporate governance reform programs over at least 5 years);

•*In re Universal Health Servs., Inc. Derivative Litig.*, No. 2:17-cv-02187 (E.D. Pa.) (settled for corporate governance reforms conservatively valued at $110 million);

• *In re Altria Group, Inc. Deriv. Litig.*, Consol. No. 3:20-cv-00772 (E.D. Va.) (successfully resolved for corporate governance reforms with multi-year funding commitment of $117 million);

• *In re Symantec Corp. S'holder Deriv. Litig.*, Consol. C.A. No. 2019-0224-JTL (Del. Ch.) (successfully resolved for $12 million cash payment to company and corporate governance reforms);

• *Bottoni v. Hernandez*, No. 20-cv-01442 (S.D. Tex.) (claims vs. Fluor Corporation officers & directors settled for corporate governance reforms with four years of funding estimated at $10 million); and

• *In re World Wrestling Ent., Inc. Derivative S'holder Litig.*, Consol. C.A. No. 2023-0039-JTL (Del. Ch.).

SCOTT
+
SCOTT

# ACCOLADES

**U.S. News & World Report "Best Law Firms"**

The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

**American Antitrust Institute**

The 2018 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 settlement of 2018, as well as ranking the Firm #1 nationally for aggregate settlements: 2013-2018.

**Global Competition Review**

At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year—Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

**Law 360 Glass Ceiling Report**

Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360.  The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm."[1,2]  This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

**Center for Constitutional Rights**

Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African-American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1]       https://www.law360.com/articles/1310926
[2]       https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.

     

# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team.  In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.





# ADMISSIONS

**U.S. Admissions:** United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Maryland, Massachusetts, Michigan (Eastern and Western), Minnesota, New Jersey, New York (Northern, Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Eastern, Western, and Southern), West Virginia (Northern and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Colorado, Connecticut, Delaware, Florida, Illinois, Maryland, Pennsylvania, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, New Jersey, New York, Ohio, Oklahoma, West Virginia, Texas, and the District of Columbia.



# ATTORNEY BIOGRAPHIES

## DAVID R. SCOTT

### PRACTICE EMPHASIS



Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### ADMISSIONS

States of New York, Pennsylvania, and Connecticut; United States Tax Court; United States Courts of Appeal: Second, Third, and Fifth Circuits; United States District Courts: Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado

### EDUCATION

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., cum laude, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, Montreal, California, Connecticut, Virginia, Delaware, Nebraska, Texas, and Ohio.

In addition to managing the Firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters.  He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels.  Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Cap. Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million.  He was lead counsel in *Red Lion Med. Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda,



one of the leading manufacturers of medical anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment.  The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work.  He has been elected to Who's Who Legal: Competition 2015-2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world.  He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015.  In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds.  For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors.  He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement.  This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360.  He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.

# JOHN T. JASNOCH

## PRACTICE EMPHASIS

John Jasnoch's practice areas include securities and antitrust class actions, shareholder derivative actions, consumer protection, commercial contracts, intellectual property, and other complex, high stakes litigation.

## ADMISSIONS

State Supreme Courts: California; United States District Courts: Southern, Central, and Northern Districts of California; United States Court of Appeal: Ninth Circuit

## EDUCATION

University of Nebraska, College of Law (J.D., 2011); Creighton University (B.A., Political Science and International Relations, *cum laude*, 2007)

## HIGHLIGHTS

John Jasnoch is a partner in the San Diego office.  He represents clients in complex litigations in state and federal courts across the county.  John has been counsel of record in numerous successful cases where Scott+Scott served in a leadership capacity, including:  *In re LendingClub Corp. Shareholder Litigation*, No. CIV537300 (Cal. Super. Ct. San Mateo Cty) ($125 million federal and state joint settlement); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770, (Cal. Super. Ct. San Francisco Cty.) ($18.5 million settlement); *In re FireEye, Inc. Securities Litigation*, No. 1:14-cv-266866 (Cal. Super. Ct. Santa Clara Cty.) ($10.3 million settlement); *In re Pacific Coast Oil Trust Securities Litigation*, No. BC550418 (Cal. Super. Ct. Los Angeles Cty.) ($7.6 million settlement); and *In re MobileIron, Inc., Shareholder Litigation*, No. 1-15-284001 (Cal. Super. Ct. Santa Clara Cty) ($7.5 million settlement).  John currently represents plaintiffs in a number of high profile cases, including *In re Lyft, Inc. Securities Litigation*, No. CGC 19-575293 (Cal. Super Ct. San Francisco Cty); *In re Uber Technologies Inc. Securities Litigation*, No. CGC 19-579544 (Cal. Super Ct. San Francisco Cty); *In re Slack Technologies, Inc. Shareholder Litigation*, No. 19-cv-5370 (Cal. Super Ct. San Mateo Cty); and *In re Google Assistant Privacy Litigation*, No. 19-cv-04286 (N.D. Cal.).

In 2015, Mr. Jasnoch was a member of the trial team in *Scorpio Music S.A. v. Victor Willis*, a landmark copyright jury trial concerning the copyright ownership of hit songs by The Village People. In that suit, Scott+Scott client and Village People lyricist Victor Willis obtained a declaratory judgment confirming his copyright termination and giving him a 50% copyright interest in "YMCA" and other classic Village People compositions.  No. 11-cv-1557 (S.D. Cal.).

In 2020, Mr. Jasnoch was named as one of SuperLawyers' "Rising Stars" for Securities Litigation in the San Diego Area.

In his free time, John enjoys attending sporting events, trivia contests, fun runs, and other adventures with his wife Jennifer, sons James and Julius, and dog Jack.



# SEAN T. MASSON

**PRACTICE EMPHASIS**

Mr. Masson is a Partner based in the Firm's New York office, and he oversees the firm's cryptocurrency litigation practice.  With a focus on class actions involving cryptocurrency and digital assets, mass torts, and complex commercial cases.  Mr. Masson represents retail and institutional investors, government entities and consumers around the globe.

**ADMISSIONS**

State of New York; United States District Courts: Southern, Eastern, and Northern Districts of New York, Eastern District of Wisconsin

**EDUCATION**

Hofstra University School of Law (J.D., *cum laude*, 2009); Queens College (B.A., *summa cum laude*, 2006)

**HIGHLIGHTS**

Super Lawyers "Rising Star" (2015-2019) for class action litigation

Active Matters

- ***In re Ethereummax Investor Litigation***, No. 2:22-cv-00163 (C.D. Cal.) (alleging that the Company improperly used celebrity endorsements to pump up the trading volume for the EMAX token so that insiders could unload their holdings onto unsuspecting cryptocurrency investors);

- ***Combs, et al. v. SafeMoon LLC, et al***., No. 2:22-cv-00642 (D. Utah) (alleging the Company and executives repeatedly misled investors about the status of the project and improperly used celebrity promoters to artificially increase the trading volume for the SAFEMOON tokens in order to sell off their pre-sale holdings);

- ***Patterson v. Terraform Labs PTE Ltd., et al.***, No. 3:22-cv-03600 (N.D. Cal.) (alleging a fraudulent scheme by Terraform insiders to prop up the price of the stablecoin UST by secret human intervention instead of an automated algorithm);

- ***Goines v. Celsius Network, LLC, et al***., 2:22-cv-04560 (D.N.J.) (alleging that executives at crypto exchange Celsius sold interest bearing savings accounts and native CEL tokens without registering them first with the SEC); and



- ***Real, et al. v. Yuga Labs, LLC, et al.***, No. 2:22-cv-08909 (C.D. Cal.) (alleging the Company and its executives conspired with high-profile celebrity promotors and crypto payment service Moonpay to mislead investors into purchasing Bored Ape Yacht Club NFTs and ApeCoin tokens).

Besides serving as counsel to aggrieved investors, Mr. Masson has also been sought after as an expert in the field of cryptocurrency-related litigation, giving continuing legal education programs on the topic and being quoted in various news publications, including the following:

- *Trump's Crypto Fandom Isn't the End of State or Investor Suits*, Bloomberg (3/31/25)—https://news.bloomberglaw.com/securities-law/trumps-crypto-fandom-isnt-the-end-of-state-or-investors-suits

- *Sotheby's, Paris Hilton and Justin Bieber sued over Bored Ape NFTs*, The Times (8/11/23)

- *Galaxy's U.S. Move Risks New Delay From Lawsuit Linked to Luna*, Forbes (8/2/23)

- "Ripple" effect from ruling in SEC crypto case could be game-changer for class action defendants, Reuters (7/14/23)

- Featured in German public radio and television broadcast, *Billion Dollar Apes—Art, Greed, NFTs*, ZDF and DEUTSCHLANDFUNK (6/15/23)

- *Kim Kardashian, Floyd Mayweather can't evade EMAX crypto investors' claims, judge says*, Reuters (6/7/2023)

- *Scott+Scott Beats Boies Schiller to Lead Voyager Class Suit*, Law360 (4/19/23)

- *Celebrities Who Endorsed Crypto, NFTs Land in Legal Crosshairs After Investor Losses*, Wall Street Journal (1/23/23)

- Presented in *Emerging Trends in Law – Crypto Litigation: An Update*, New York State Bar Association (12/14/22)

- *Justin Bieber, Madonna, Adidas and more named in class action cryptocurrency lawsuit*, FoxBusiness (12/9/22)

- *FTX's Bankman-Fried, Tom Brady and other celebrity promoters sued by crypto investors*, Reuters (11/17/22)

- *Collapse of stablecoin TerraUSD sparks bold* 'scheme liability' suit, Reuters (6/21/22)



- Featured in the ABC program, Four Corners' episode "*Crypto Mania: Behind the hype of cryptocurrencies*" (5/30/22)

Prior to entering the private sector, Mr. Masson served as an Assistant District Attorney in the Manhattan DA's Office, successfully arguing over 40 appeals in state and federal courts and gaining extensive experience with large-scale government and regulatory investigations.

Mr. Masson's publications include:

- *On The Corporate Right of Self-Defense and Crypto-related Cybersecurity*, J. Law & Cyber Warfare (forthcoming 2026);

- *Heavy Touch Reporting Requirements Infringe on the Corporate Right to Bear Digital Arms*, 14 Loy. U. Chi. J. Reg. Compliance 59 (2025);

- *The Presidential Right of Publicity*, 2010 Boston College Intellectual Property & Technology Forum 01200; and

- Note, *Cracking Open the Golden Door: Revisiting U.S. Asylum Law's Response To China's One-Child Policy*, 37 Hofstra Law Review 1135 (2009).

**REPRESENTATIVE CASES**:

- ***Roberts, et al. v. Ehrlich, et al.*** ($6.5 settlement related to Voyager and the VGN token)

- ***In re LendingClub Corp. Shareholder Litig.*** ($125 million federal and state joint settlement)

- ***In re FireEye, Inc. Securities Litig.*** ($10.3 million settlement)

- ***In re King Digital Entertainment plc Shareholder Litig.*** ($18.5 million settlement)

- ***People v. McKelvey*** (upheld 75-year sentence for serial rapist preying on homeless women)



# MOLLIE CHADWICK

**PRACTICE EMPHASIS**

Mollie Chadwick is a litigation associate in Scott+Scott's San Diego office specializing in securities litigation in both federal and state court.  Currently, she is working on cryptocurrency class actions.

**ADMISSIONS**

State of California; United States District Courts for the Southern, Central, and Northern Districts of California

**EDUCATION**

Whittier Law School (J.D., 2017); University of California, Santa Cruz (B.A., Politics & Legal Studies, 2011, Women's Water Polo 2007-2011, Captain 2009-2011)

**HIGHLIGHTS**

Mollie is an associate in our San Diego office where she focuses on federal securities litigation.

Prior to joining Scott+Scott, Mollie was an associate at a California plaintiff's employment law firm where she represented clients in wrongful termination, discrimination, and wage and hour cases.



+ New York
+ London
+ Amsterdam
+ Berlin
+ California
+ Connecticut
+ Virginia
+ Ohio
+ Delaware

Scott+Scott + The Helmsley Building + 230 Park Ave., 24th Floor + New York, NY 10169 + United States + www.scott-scott.com

© 2020 Scott+Scott Attorneys at Law LLP