UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIANNE LOUIE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POMDOCTOR, LTD., ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC., JOSEPH STONE CAPITAL, LLC, and MARCUM ASIA CPAS, LLP,<br><br>Defendants. | Case No.  1:26-cv-01013-RA-SDA<br><br>CLASS ACTION |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF THE
POMDOCTOR INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Paolo Roberti, Feng Jingxin, Li Jinwei, and Li Zihao (collectively, the "PomDoctor Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the PomDoctor Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth the PomDoctor Investor Group's financial interest in this litigation;

Exhibit B:    Shareholder Certifications executed by the members of the PomDoctor Investor Group;

Exhibit C:    Joint Declaration executed by the members of the PomDoctor Investor Group; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 13, 2026.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1