**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| Julianne Louie, Individually and on Behalf of All Others Similarly Situated, <br><br>                               **Plaintiff,** <br><br>                 **-against-** <br><br> PomDoctor, Ltd., et al. <br><br>                           **Defendants.** |

**1:26-cv-01013 (RA) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on February 5, 2026, this action was commenced asserting claims against PomDoctor, Ltd. ("PomDoctor"), as well as its Chief Executive Officer, Chief Financial Officer, underwriter, auditor and agent (collectively, the "Defendants") under Section 10(b) (and Rule 10b-5 promulgated thereunder) and Section 20(a) of the Securities Exchange Act of 1934, on behalf of persons and entities that purchased or otherwise acquired PomDoctor securities between October 9, 2025 and December 11, 2025, inclusive (the "Class Period") (Compl., ECF No. 1, ¶¶ 1, 12-21, 57-71); and

WHEREAS, on February 10, 2026, a notice was issued advising class members of, among other things, the allegations and claims in the Complaint, the Class Period and their option to seek appointment as Lead Plaintiff (Ex. 1 to Alkano Mem., ECF No. 30-1[1]); and

WHEREAS, on April 13, 2026, Brandi McKinney ("McKinney") timely filed a motion for appointment as lead plaintiff (McKinney Not. of Mot., ECF No. 27); and

---

[1] On February 6, 2026, a notice was issued with the incorrect lead plaintiff deadline of April 6, 2026, and was corrected on February 10, 2026. (*See* Alkano Mem., ECF No. 30, at 4 n.1.)

WHEREAS, on April 13, 2026, Lawrence Alkano ("Alkano") also timely filed a motion for appointment as lead plaintiff (Alkano Not. of Mot., ECF No. 29); and

WHEREAS, on April 13, 2026, Paolo Roberti, Feng Jingxin, Li Jinwei and Li Zihao (collectively, the "PomDoctor Investor Group") also timely filed a motion for appointment as lead plaintiffs (PomDoctor Investor Group Not. of Mot., ECF No. 32); and

WHEREAS, in their respective moving memoranda, McKinney, Alkano and the PomDoctor Investor Group contend that they have the largest financial interest in the relief sought by the class (*See* McKinney Mem., ECF No. 28, at 5-6; Alkano Mem. at 7; PomDoctor Investor Group Mem., ECF No. 34, at 5-6); and

WHEREAS, under the Private Securities Litigation Reform Act of 1995, as amended, the court must "adopt a presumption that the most adequate plaintiff . . . is the person or group of persons that": (1) "has either filed the complaint or made a [timely] motion" to be appointed as lead plaintiff(s); (2) "in the determination of the court, has the largest financial interest in the relief sought by the class"; and (3) "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

NOW, THEREFORE, it is hereby ORDERED that, no later than April 27, 2025, each of the McKinney, Alkano and the PomDoctor Investor Group shall file a submission addressing which of

2

the three has the largest financial interest in the relief sought by the Class, as well as whether the

requirements of Rule 23 are otherwise satisfied as to each.

**SO ORDERED.**

Dated:   New York, New York
         April 14, 2026

_____
STEWART D. AARON
United States Magistrate Judge