**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------

PAOLO ROBERTI, FENG JINGXIN, LI JINWEI, LI ZIHAO, and LAWRENCE ALKANO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

POMDOCTOR, LTD. ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC. and JOSEPH STONE CAPITAL, LLC,

Defendants.

-----------------------------------------------------

No. 1:26-cv-01013-RA-SDA

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cogency Global Inc. by its undersigned counsel, certifies that: (1) it is a privately held corporation, (2) its parent company is CGI Parent, LLC, and (3) no publicly held company owns 10% or more of its stock.

Dated: New York, NY
September 11, 2026

Respectfully submitted,

K&L GATES LLP

By: *<u>/s/ Zach S. Jones</u>*

Zach S. Jones
Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022-6030
Email: joanna.diakos@klgates.com
Phone: (212) 536-3900

*Attorneys for Cogency Global Inc.*