**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------

PAOLO ROBERTI, FENG JINGXIN, LI JINWEI, LI ZIHAO, and LAWRENCE ALKANO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

POMDOCTOR, LTD. ZHENYANG SHI, LI XU, COGENCY GLOBAL, INC. and JOSEPH STONE CAPITAL, LLC,

Defendants.

-----------------------------------------------------

No. 1:26-cv-01013-RA-SDA

**NOTICE OF COGENCY GLOBAL'S JOINDER IN THE POMDOCTOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying papers, Defendant Cogency Global Inc. ("Cogency") will move this Court, before the Honorable Ronnie Abrams, United States District Judge of the United States District Court, Southern District of New York, located at 40 Foley Square, New York, NY 10007 for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice the Amended Complaint in its entirety.

Further, as set forth in the accompanying Memorandum of Law, Cogency joins and incorporates by reference the motion to dismiss to be filed contemporaneously by Defendants PomDoctor, Ltd., Zhenyang Shi, and Li Xu (the "PomDoctor Defendants").

Dated: September 11, 2026

Respectfully submitted,

K&L GATES LLP

By: /s/ Zachary S. Jones____
Zachary S. Jones
Joanna A. Diakos
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900
Fax: (212) 536-3901
Email: zach.jones@klgates.com
Email: joanna.diakoskordalis@klgates.com

*Attorneys for Defendant Cogency Global Inc.*